CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, JOSE ESTRADA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA, | ) Case No.: 2:21-cv-00405-JFW-RAO |
| Plaintiff, | ) |
| v. | ) **NOTICE OF SETTLEMENT** |
| ARTHUR M. KAZARIAN, IN INDIVIDUAL AND REPRESENTATIVE CAPACITY AS TRUSTEE OF THE ARTHUR M. KAZARIAN FAMILY TRUST U/D/T DATED JANUARY 17, 2002; EUROSTAR, INC., A DELAWARE CORPORATION, | ) ) ) ) ) ) |
| Defendants. | |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case.

CENTER FOR DISABILITY ACCESS

Dated: April 08, 2021          /s/ Amanda Seabock
                              Amanda Seabock
                              Attorney for Plaintiff