CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Donald R. Brown (Bar No. CA 156548)
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
email: dbrown@manatt.com
Attorneys for Defendants
Arthur M. Kazarian & Eurostar, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>    Plaintiff,<br><br>v.<br><br>ARTHUR M. KAZARIAN, IN INDIVIDUAL AND REPRESENTATIVE CAPACITY AS TRUSTEE OF THE ARTHUR M. KAZARIAN FAMILY TRUST U/D/T DATED JANUARY 17, 2002; EUROSTAR, INC., A DELAWARE CORPORATION,<br><br>    Defendants. | Case No.: 2:21-cv-00405-JFW-RAO<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 25, 2021         CENTER FOR DISABILITY ACCESS

                                            By:    /s/ Amanda Seabock
                                                      Amanda Seabock
                                                      Attorneys for Plaintiff

Dated: May 25, 2021         MANATT, PHELPS & PHILLIPS, LLP

                                            By:    /s/ Donald R. Brown
                                                     Donald R. Brown
                                                     Attorneys for Defendants
                                                     Arthur M. Kazarian & Eurostar, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Donald R. Brown, counsel for Arthur M. Kazarian and Eurostar, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: May 25, 2021   CENTER FOR DISABILITY ACCESS

                            By:   /s/ Amanda Seabock
                                   Amanda Seabock
                                   Attorneys for Plaintiff